AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Wesley, Richard C | 2. Court or Organization  US Court of Appeals, 2nd Cir. | 3. Date of Report  03/26/2008 |
|---|---|---|

**4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)

Active, U.S. Circuit Judge

**5a. Report Type** (check appropriate type)

☐ Nomination,    Date

☐ Initial    ☑ Annual    ☐ Final

**5b.** ☐ Amended Report

**6. Reporting Period**

01/01/2007
to
12/31/2007

**7. Chambers or Office Address**

Livingston Co. Gov.'t Center
6 Court Street
Geneseo, New York 14454

**8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer_____ Date_____

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Cornell University Council |
| 2. | Member | Cornell Law School Advisory Council |
| 3. | | See additional page regarding Trustee. |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2003 | New York State Employees Retirement System: pension upon retirement at 55. |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2004 | New York State Employee's Retirement System | $ 54,566.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Livonia Central School (salary) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Prosecutors Training Institute | 3/29/07 - 3/30/07 | Albany, New York | Educational Seminar | Transportation/accommodation |
| 2. | New York State Judicial Institute on Professionalism | 4/23/07 - 4/23/07 | Albany, New York | Educational Seminar | No remuneration |
| 3. | NYS/Federal Judicial Council | 5/8/07 - 5/8/07 | New York, New York | Educational Seminar | No remuneration |
| 4. | County Attorney's Association of the State of New York - CAASNY | 5/17/07 - 5/18/07 | Cooperstown, New York | Educational Seminar | Mileage/tolls |
| 5. | NYS/Federal Judicial | 5/21/07 - | New York, New | Meeting of the | Transportation/accommodations |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Wesley, Richard C | 03/26/2008 |

| | | | | | |
|---|---|---|---|---|---|
| | Council - Federal Government | 5/22/07 | York | Council | |
| 6. | Federal Government | 6/7/07 - 6/10/07 | Bolton Landing, New York | Meeting/Circuit Judicial | Transportation/accommodations/meals |
| 7. | Cornell Law School | 9/5/07 - 9/5/07 | Ithaca, New York | Educational Program | No remuneration |
| 8. | Federal Bar Council | 10/12/07 - 10/14/07 | Lenox, Massachusetts | Educational Seminar | Transportation/accommodations/meal |
| 9. | Cornell Law School | 10/21/07 - 10/21/07 | Ithaca, New York | Educational Program | No remuneration |
| 10. | State University of New York at Brockport | 10/25/07 - 10/25/07 | Rochester, New York | Educational Program | Transportation |
| 11. | New York State Bar Association | 10/25/07 - 10/25.07 | Rochester, New York | Educational Seminar | Transportation |
| 12. | New York State Bar Association | 11/1/07 - 11/1/07 | Rochester, New York | Educational Seminar - CLE | No remuneration |
| 13. | Federal Government | 12/3/07 - 12/6/07 | West Palm Beach, Florida | Space/Facilities Meeting | Transportation/accommodations/meals |
| 14. | New York County Lawyer's Association | 12/11/07- 12/11/07 | New York, New York | Educational Program | No remuneration |
| 15. | Federal Government | 12/12/07 - 12/12/07 | New York, New York | Court Meeting | Transportation/accommodations/meal |

| Name of Person Reporting | Date of Report |
|---|---|
| Wesley, Richard C | 03/26/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wesley, Richard C | 03/26/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Key Bank Account | B | Interest | L | T | | | | | |
| 2.  Trust I - Chevy Chase Bank Acct. | A | Interest | J | T | | | | | |
| 3.  Trust II - Chevy Chase Bank Acct. | A | Interest | J | T | | | | | |
| 4.  NWML Balanced Funds (IRA) | A | Dividend | J | T | | | | | |
| 5.  Northwestern Mutual Life (Whole Life) | D | Dividend | L | T | | | | | |
| 6.  Northwestern Mutual Life (Whole Life) | B | Dividend | K | T | | | | | |
| 7.  Northwestern Mutual Life (Whole Life) | C | Dividend | K | T | | | | | |
| 8.  Northwestern Mutual Life (Whole Life) | B | Dividend | K | T | | | | | |
| 9.  Northwestern Mutual Life (Whole Life) | A | Dividend | J | T | | | | | |
| 10.  Northwestern Mutual Life (Whole Life) | A | Dividend | J | T | | | | | |
| 11.  SA Fixed Income Fund (IRA) | B | Dividend | | | Sale | 10/29 | M | A | |
| 12.  SA U.S. Market Fund Class I (IRA) | A | Dividend | | | Sale | 10/29 | M | A | |
| 13.  SA International Small Company Fund Class I (IRA) | A | Dividend | | | Sale | 10/29 | L | A | |
| 14.  SA International High Book to Market Fund Class I (IRA) | C | Dividend | | | Sale | 10/29 | M | A | |
| 15.  SA U.S. Small Fund Class I (IRA) | A | Dividend | | | Sale | 10/29 | K | A | |
| 16.  SA U.S. High Book to Market Fund Class I (IRA) | A | Dividend | | | Sale | 10/29 | K | A | |
| 17.  Assanti Capital Management, Inc. (IRA) cash | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wesley, Richard C | 03/26/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Washington Mutual Investors | A | Dividend | J | T | Sale | 4/26 | J | C | |
| 19. DFA International Small Company fund | B | Dividend | L | T | Buy | 10/29 | L | | |
| 20. DFA Emerging Markets Fund | A | Dividend | K | T | Buy | 10/29 | K | | |
| 21. DFA Large Company Fund | B | Dividend | L | T | Buy | 10/29 | L | | |
| 22. DFA Large Cap Value Fund | A | Dividend | K | T | Buy | 10/29 | L | | |
| 23. DFA Real Estate Securities Fund | A | Dividend | J | T | Buy | 10/29 | K | | |
| 24. DFA US Small Cap Fund | A | Dividend | K | T | Buy | 10/29 | L | | |
| 25. DFA Five Year Global Fixed Income Fund | B | Dividend | K | T | Buy | 10/29 | K | | |
| 26. DFA International Value Fund | C | Dividend | M | T | Buy | 10/29 | M | | |
| 27. AAM/DFA Two Year Government Portfolio | B | Dividend | K | T | Buy | 10/29 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Part I - Positions:
    Trust I
    Trust II   I am the trustee for both trusts.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signa

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSI[...] MAY BE SUBJECT TO CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544